# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                     :

DEMETRIUS NICKENS,             :

                     :

     v.                   :       Civil Action No. 12-0888 (ESH)

                     :

THE DISTRICT OF COLUMBIA, *et al.*,  :

_____:

## MEMORANDUM OPINION

On September 4, 2012, defendant District of Columbia filed a motion to dismiss plaintiff's complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (DC's Mot. to Dismiss, Sept. 4, 2012 [ECF No. 15].) By Order dated September 5, 2012, the Court advised plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by October 5, 2012, the Court may treat the motion as conceded. To date, plaintiff neither has filed an opposition to the motion and nor has requested more time to do so. Accordingly, the Court will grant the District of Columbia's motion as conceded.

An Order accompanies this Memorandum Opinion.

                                             /s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Date:  October 11, 2012